UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>    v.<br>CAMACHO TOLEDO,<br>         Defendant. | Case No. 15-cr-00579-VC-17<br><br>**ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE**<br>Re: Dkt. No. 782 |

The motion for compassionate release is granted. Given that he will be immediately removed from the country and that his family will be joining him in Mexico, Camacho Toledo is not likely to be a danger to the community. Furthermore, considering all of the section 3553(a) factors and, as was discussed in the hearings and the briefs, the extraordinary circumstances of the COVID-19 pandemic and Camacho Toledo's health condition, release is warranted in this case.

The Court therefore orders that Camacho Toledo's sentence is modified to time served, subject to the condition that he stipulate to his immediate removal and waive his right to challenge his removal. All conditions of supervised release remain the same. The government is entrusted with identifying the best time and manner for Camacho Toledo to be quarantined before being released and removed.

**IT IS SO ORDERED.**

Dated: November 3, 2020

VINCE CHHABRIA
United States District Judge