UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 3, 2020  **Time:** 24 minutes  **Judge:** Vince Chhabria

**Case No.:** 15-cr-00579-VC  **Case Name:** UNITED STATES v. Valentin Camacho Toledo

**Attorney for Government:** Frank J. Riebli
**Attorney for Defendant:** John J. Jordan
**Defendant:** [X] PRESENT [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody [] Not In Custody

**Deputy Clerk:** Stephen Ybarra  **Court Reporter:** Katherine Sullivan
**Interpreter:** Victor Martinez (Spanish)

## PROCEEDINGS

HEARING ON MOTION FOR COMPASSIONATE RELEASE - held via Zoom Webinar

### RESULTS OF HEARING

Defendant waives personal appearance.

The Court heard oral argument from the parties.  The motion is granted, subject to the condition that Defendant stipulate to deportation.